**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  13-cr-00248-REB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  KARINA GASTELUM GARCIA,

 Defendant.

---

**ORDER**

---

Pursuant to and in accordance with the sentencing hearing held before the

Honorable Robert E. Blackburn, United States District Judge, on September 9, 2013,

**IT IS ORDERED** that Defendant Karina Gastelum Garcia is sentenced to **time

served**.

Dated:  September 9, 2013

     BY THE COURT:


     s/ Robert E. Blackburn
     ROBERT E. BLACKBURN,
     UNITED STATES DISTRICT JUDGE